UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. MAHER,

        Plaintiff

    -vs-

DELAWARE & HUDSON RAILWAY CO., INC., d/b/a/ CP RAIL SYSTEM,

        Defendant

NO. 3:CV-03-909

(Judge Kosik)

## **ORDER**

AND NOW, this 10th day of February, 2006, after consideration of plaintiff's motion for a new trial, unrelated to the substantive aspects of the trial itself which are now on appeal, IT IS HEREBY ORDERED THAT:

(1) The motion for new trial is **denied** without prejudice pending the outcome of the appeal[1];

(2) Counsel are to notify the Appellate Mediation Program of this Order.

                                                      s/Edwin M. Kosik
                                                  United States District Judge

---

[1]    The appeal is related to the jury charge presented by the court. The new trial motion is related to post-trial evidence only.